# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI CRANE,<br><br>          Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, AND CENTRA CREDIT UNION,<br><br>          Defendants. | **Civil Action No: 1:23-cv-00374-JRS-MJD** |

## ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE

      Comes now Plaintiff, Brandi Crane, and Defendant, Equifax Information Services LLC, ("Equifax"), by counsel, and having filed their Stipulation for Dismissal with Prejudice and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff and Equifax have been resolved and settled and that Equifax should be dismissed from this Action with prejudice.

      IT IS HEREBY ORDERED, ADJUGED AND DECREED that this cause of action as to Equifax Information Services, LLC is hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either party.

Date: 8/7/2023

                                                JAMES R. SWEENEY II, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system