UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI CRANE,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, AND CENTRA CREDIT UNION,<br><br>        Defendants. | **Civil Action No: 1:23-cv-00374-JRS-MJD** |

**ORDER OF DISMISSAL OF DEFENDANT
CENTRA CREDIT UNION WITH PREJUDICE**

Comes now Plaintiff, Brandi Crane, and Defendant, Centra Credit Union, by counsel, and having filed their Stipulation for Dismissal with Prejudice and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff and Centra Credit Union have been resolved and settled and that Centra Credit Union should be dismissed from this Action with prejudice.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that this cause of action as to Centra Credit Union is hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either party.

Date: 09/08/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system

1